UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                CASE NO.
   CHRISTINE SHIFFLETT                      22-11648-amc

                    Debtor    Chapter 13

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**PRACEIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE CLERK OF BANKRUPTCY COURT:

    Kindly withdraw Superior Credit Union's Objection to Confirmation in reference to the above captioned matter.

                                  WILSON LAW FIRM

                                  BY: _____
                                  ROBERT J. WILSON, ESQUIRE
                                  ID No. 42434
                                  Attorney for Superior Credit Union
                                  25 West Second Street
                                  Media, PA 19063
                                  (610) 566-7080
                                  bob@rwilsonlawfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              CASE NO.
                                         22-11648-amc
CHRISTINE SHIFFLETT

                Debtor    Chapter 13

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
CERTIFICATION OF SERVICE

Robert J. Wilson, Esq., Attorney for Superior Credit Union, hereby certifies that on March 7, 2023, a true and correct copy of the Superior Credit Union's Praecipe to Withdraw Objection to Confirmation was served either electronically or by first class regular mail upon the following:

Brad J. Sadek, Esquire
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102

Christine Shifflett
1243 Pine Ridge Drive
Perkiomenville, PA 18074

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave. Ste 100
Reading, PA 19606

WILSON LAW FIRM

By: /s/ *Robert J. Wilson*
    ROBERT J. WILSON, ESQUIRE
    ID No. 42434
    Attorney for Superior Credit Union
    25 West Second Street
    Media, PA 19063
    (610) 566-7080
    bob@rwilsonlawfirm.com