IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Christine Shifflett<br><br>Debtor(s) | :<br>:<br>:<br>: | Chapter 13<br><br>Case No.: 22-11648-AMC |

# **O R D E R**

AND NOW, this  20th  day of  November , 2024, upon consideration of Debtor's Motion to Approve Post-Confirmation Distribution and any answer thereto, it is hereby

ORDERED that the Motion is GRANTED, and distribution from debtor's personal injury action, CPM-273-22, shall be made as follows:

| | |
|---|---|
| Cape May County Superior Court | $300.00 |
| Cape May Regional Urgent Care | $10.00 |
| Central Montgomery Orthopedics | $2,529.41 |
| CIOX | $146.67 |
| Court House Legal | $300.00 |
| FedEx | $66.15 |
| Law Office of Vincent J. Clecka (Costs) | $28.00 |
| Charles Jones | $10.00 |
| Moore Engineering | $4,828.12 |
| New Britain Surgery Center | $105.25 |
| Tate & Tate | $95.00 |
| Tri Valley Primary Care | $124.71 |

| Veritext | $636.00 |
| --- | --- |
| Law Offices of Vincent Ciecka (Fees) | $26,940.23 |
| Blue Cross/Blue Shield | $11,879.72 |
| Medicare | $96.45 |

Law Offices of Vincent Ciecka is requested, authorized, directed and ordered to pay Scott F. Waterman, Chapter 13 Standing Trustee, the lump sum of $15,967.00

The Chapter 13 Trustee is authorized to adjust the percentage to unsecured creditors based on the funds received in accordance with 11 USC §1329.

To Christine Shifflet, the balance after above deductions.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE